SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL  scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Johnson<br><br>        Plaintiff,<br><br>    vs.<br><br>Blen, et al<br><br>        Defendants | Case No. **2:09-cv-02629-WBS-KJM**<br><br>STIPULATION AND ~~PROPOSED~~ ORDER RE: EXTENSION OF TIME UNTIL DECEMBER 31, 2009 FOR DEFENDANT(s) CARL W. THOMPSON JR.; FRANCINE A. THOMPSON TO RESPOND TO COMPLAINT |

     Pursuant to Local Rule 6-144 (a), Plaintiff Scott N. Johnson and Defendants, Carl W. Thompson Jr.; Francine A. Thompson, by and through their respective attorneys of record, Scott N. Johnson; Wylie P. Cashman, stipulate as follows:

     1. An extension of time has been previously
          obtained for Defendant Carl W. Thompson Jr.

STIPULATION AND PROPOSED ORDER RE: EXTENSION OF TIME - 1

2. Defendants Carl W. Thompson Jr.; Francine A. Thompson are granted an extension until December 31, 2009 to respond or otherwise plead reference to Plaintiff's complaint.

3. Defendants' Carl W. Thompson Jr. and Francine A. Thompson response will be due no later than December 31, 2009.

IT IS SO STIPULATED effective as of December 18, 2009

Dated:   December __, 2009          _____ ____

                                    Wylie P. Cashman,

                                    Attorney for Defendants

                                    Carl W. Thompson Jr.

                                    Francine A. Thompson

Dated:   December 18, 2009          /s/Scott N. Johnson ____

                                    Scott N. Johnson,

                                    Attorney for Plaintiff

**IT IS SO ORDERED:** that Defendants Carl W. Thompson Jr. and Francine A. Thompson shall have until December 31, 2009 to respond to complaint.

Dated: December 21, 2009

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE